ACCEPTED
01-15-00092-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/22/2015 10:13:56 AM
CHRISTOPHER PRINE
CLERK

# IN THE COURT OF APPEALS
## FOR THE 1ST DISTRICT, AT HOUSTON, TEXAS
### CAUSE NUMBER 01-15-00092-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/22/2015 10:13:56 AM

CHRISTOPHER A. PRINE
Clerk

## LYNNE M. JUREK, APPELLANT

### V.

## JEFFREY S. SHANNON, II, APPELLEE

Appealed from the 312TH Judicial District Court

of Harris County, Texas

## MOTION TO EXTEND TIME TO FILE APPELLANT's BRIEF

Appellant Lynne M. Jurek asks the court to extend the time to file her Appellant's Brief.

### A. **Introduction**

1.     Appellant is Lynne M. Jurek.; Appellee is Jeffrey S Shannon, II.

2.     No rule limits the time to file this motion to extend. TRAP 38.6.

3.     The parties have not agreed to this motion as Appellee has not responded to the email correspondence sent prior to the filing of this request which is the only method of service provided to the trial court by him.

### B. **Arguments and Authorities**

4.     The court may grant an extension of time under Texas Rule of Appellate Procedure 38.6.

01-15-00092-CV - Motion to Extend Time to File Appellate Brief

5.     The deadline to file the appellant's brief is May 26, 2015.

6.     Appellant requests an additional 30 days to file appellant's brief, extending the time until June 25, 2015.

5.     This case is a family property division case.  The only issue presented on appeal is whether the trial court erred in finding that "the taxes on the gross distribution of Wife's 401K are NOT related to the employment income and do not fall under the language in the Divorce Decree and those taxes are to be paid 100% by the Wife."

6.     After this notice of appeal was perfected, on February 18, 2015 the the trial court court signed an order granting a new trial of a final and appealable clarification order it entered on October 28, 2014. Appellant filed a timely request to vacate this order granting new trial which was filed by Appellee, claiming it was entered after the court lost plenary power. The trial court's hearing the request to vacate this order is scheduled for May 27, 2015. Should the trial court refuse to vacate the order, additional grounds will need to be presented to the appellate court, as appellant feels that this order for new trial (which is presently scheduled for July 27, 2015 and includes the issue on appeal herein) is a void order for which relief from this court will need to be sought as well

7.     No extension has been granted to extend the time to file appellant's brief.

01-15-00092-CV - Motion to Extend Time to File Appellate Brief

Respectfully submitted,

**THE JUREK LAW GROUP, PLLC**

By: ***/s/Lynne M. Jurek***_____

    Lynne M. Jurek
    State Bar ID Number:  11059250
    Email:  lmjurek@jureklaw.com
    363 N. Sam Houston Parkway, E. Suite 1100
    Houston, Texas 77060
    Telephone:  (713)230-8233
    Facsimile:  (713)230-8654

**ATTORNEY FOR APPELLANT**

**CERTIFICATE OF SERVICE**

I certify that on May 22, 2015 a true and correct copy of Appellant's motion to extend time to file appellant's brief was served by email on Pro Se Appellee, Jeffrey S. Shannon at jeff.rocktek@gmail.com, as trial counsel Kelly P. Joseph has informed Appellant that he is not representing Appellee at the appellate level.

    ***/s/Lynne M. Jurek***_____
    Lynne M. Jurek

**CERTIFICATE OF CONFERENCE**

I certify that on May 22, 2015 I contacted Pro Se Appellee, Jeffrey S. Shannon at jeff.rocktek@gmail.com, to determine if he was opposed or agreeable to this motion.  At the time of this filing, I did not receive a response to same.

    ***/s/Lynne M. Jurek***_____
    Lynne M. Jurek